MAXWELL TEXTILE COMPANY, INC., Appellant, *v.* THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, INC., Respondent.

(Argued April 29, 1929; decided May 28, 1929.)

*Alfred B. Nathan* and *Maxwell Hyman* for appellant. *Martin A. Schenck* and *William J. Carr* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Dissenting: CRANE, J.